UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
DARLENE MCCAFFREY, AS ADMINISTRATRIX OF THE         08 CV 6917
ESTATE OF PATRICK MCCAFFREY, DECEASED,

                                       JUDGE SULLIVAN

                   Plaintiff,

                                    **RULE 7.1 STATEMENT**
       -against-                          **FOR MILLENNIUM**
                                      **<u>PIPELINE COMPANY</u>**

MILLENNIUM PIPELINE COMPANY, LLC,

                   Defendant.
------------------------------------------------------------------------X

      Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for defendant, MILLENNIUM PIPELINE COMPANY, LLC, certify that MILLENNIUM PIPELINE, LLC is a limited liability company that is indirectly owned by three publicly traded companies, NiSource, Inc., DTE Energy, and National Grid, all of whom own more than 10% of the membership interests in MILLENNIUM PIPELINE, LLC.

Dated: New York, New York          MALAPERO & PRISCO LLP
       August 19, 2008

                                          By: _____
                                            Francesca E. Connolly (FC-2558)
                                            295 Madison Avenue, 4th Floor
                                            New York, New York 10017
                                            (212) 661-7300

                                            *Attorneys for Defendant Millennium Pipeline*
                                            *Company, LLC*