AO 458 (Rev. 10/95)  Appearance

# UNITED STATES DISTRICT COURT

_Southern_     **DISTRICT OF**     _New York_

Darlene McCaffrey, as Administratrix
for the Estate of Patrick McCaffrey

v.

Millennium Pipeline Company LLC

**APPEARANCE**

Case Number: _08 CV 6917 (Sullivan)_

To the Clerk of this court and all parties of record:

Enter my appearance as co-counsel in this case for _Darlene McCaffrey_

I certify that I am admitted to practice in this court.

_8/20/08_
Date

_Andrew D. Left_     (3040)
Print Name     Bar Number

_420 Lexington Ave # 2031_
Address

_New York_    _NY_     _10170_
City     State     Zip Code

_212 557 4190_     _212 557 4180_
Phone Number     Fax Number