UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DARLENE MCCAFFREY, as Administratrix of the Estate of PATRICK MCCAFFREY, Deceased,

                Plaintiffs,

-v-

MILLENNIUM PIPELINE COMPANY, LLC,

                Defendant.

---

MILLENNIUM PIPELINE COMPANY, LLC,

                Third-Party Plaintiff,

-v-

PRECISION PIPELINE LLC,

                Third-Party Defendant.

No. 08 Civ. 6917 (RJS)
ORDER



USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/26/09

---

RICHARD J. SULLIVAN, District Judge:

The Court is in receipt of Defendant's March 23, 2009 letter requesting permission to commence a fourth-party action against MBF Services of Roswell, New Mexico. The Court will address Defendant's request at a status conference on April 2, 2009 at 9:30 a.m. All parties are HEREBY ORDERED to attend.

SO ORDERED.

DATED:    March 25, 2009
             New York, New York

                                          RICHARD J. SULLIVAN
                                          UNITED STATES DISTRICT JUDGE